# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D23-1271
Lower Tribunal No. 2019-CA-11584

_____

SCOTTY BECKETT,

Appellant,

v.

BONEFISH GRILL, LLC,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Reginald K. Whitehead, Judge.

April 16, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and NARDELLA and WHITE, JJ., concur.


Brian J. Lee, of Morgan & Morgan, Jacksonville, for Appellant.

Michael A. Rosenberg, Adrianna de la Cruz-Munoz, and Nicholas Bastidas, of Cole, Scott & Kissane, P.A., Plantation, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED